**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DENIS TOUSSAINT (a.k.a. DENNIS TOUSSAINT),

                          Petitioner,

     -against-                                           21 **CIVIL** 10904 (CS)

## **JUDGMENT**

MERRICK GARLAND, in his official capacity as Attorney General, U.S. Department of Justice; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; THOMAS DECKER, in his official capacity as Field Office Director, New York City Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and CARL DUBOIS, in his official capacity as Sheriff, County of Orange, State of New York,

                        Respondents.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 30, 2022, Petitioner's petition is GRANTED. The Government is ordered to hold a bond hearing in accordance with the decision within fourteen days or release Mr. Toussaint on his own recognizance. Judgment is entered for Petitioner; accordingly, the case is closed.

**Dated:** New York, New York

      July 5, 2022

                                                       **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                      **BY:**       *K. Mango*
                                                       **Deputy Clerk**